UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00445-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN MIGUEL RODRIGUEZ-LOPEZ, a/k/a Alonso Duenas-Barajas,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On November 30, 2012, defendant, Juan Miguel Rodriguez-Lopez, filed a Notice of Disposition [ECF No. 11]. Accordingly, a Change of Plea hearing is set for **Tuesday, February 26, 2013, at 2:00 p.m. in Courtroom A-1002**.

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date. If the documents are not timely submitted, the hearing will be VACATED. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: December 3, 2012.